UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Laszlo PUSZTAI, an individual, and DIRE STUDIO SZOLGÁLTATÓ KORLÁTOLT FELELŐSSÉGŰ TÁRSASÁG, a Hungarian limited liability company (d/b/a "DIRE Studio Kft."),<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC., a California corporation, APPLE CANADA, INC., an Ontario (Canada) corporation, and APPLE DISTRIBUTION INTERNATIONAL LTD., an Irish private limited company,<br><br>Defendants. | Index No. 1:21-cv-04813<br><br>[~~PROPOSED~~] ORDER |

Pending before the Court is a Joint Application pursuant to 28 U.S.C. § 1404(a) to Transfer this Action to the Northern District of California.

The Court hereby GRANTS the Joint Application.

IT IS ORDERED, therefore, that the above-captioned action is hereby TRANSFERRED to the United States District Court for the Northern District of California.

DATED: October 1, 2021

*Paul A. Engelmayer*
Hon. Paul A. Engelmayer, U.S.D.J.

Consistent with this order, the Clerk of the Court is respectfully directed to terminate the case.